*E-FILED - 3/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY DOMINIC MABON, JR.,** | Case No. C 09-2817 RMW (PR) |
| Petitioner, | [] ORDER GRANTING ENLARGEMENT OF TIME |
| v. | |
| **JOHN W. HARVEY,** | |
| Respondent. | |

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application for a 60-day enlargement of time, to and including May 7, 2010, in which to file a responsive pleading to the petition for writ of habeas corpus is GRANTED. The period for petitioner to file a traverse or opposition remains as stated in the order to show cause.

Dated:   3/23/10

*Ronald M. Whyte*
The Honorable Ronald M. Whyte