IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TROY DOMINIC MABON, JR., | ) | No. C 09-2817 RMW (PR) |
| Petitioner, | ) ) | ORDER DENYING PETITIONER'S MOTION FOR CLARIFICATION; |
| v. | ) ) | DENYING REQUEST FOR EXTENSION OF TIME |
| JOHN W. HARVEY, | ) ) | |
| Respondent. | ) ) | (Docket No. 24) |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 27, 2011, the court granted respondent's motion to dismiss and entered judgment. Petitioner subsequently submitted two filings, one on July 29, 2011 and another on September 8, 2011. The court construed the July 29, 2011 letter, as a motion to reopen the time for appeal, and granted the motion on September 23, 2011. Petitioner's filing on September 8, 2011, requesting clarification and an extension of time is therefore DENIED as moot.

This order terminates docket number 24.

IT IS SO ORDERED.

DATED: _____

RONALD M. WHYTE
United States District Judge

Order Denying Motion for Clarification; Ext. of Time
G:\PRO-SE\SJ.Rmw\HC.09\Mabon817miscmoot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY D. MABON,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN W. HARVEY et al,<br><br>        Defendant. | Case Number: CV09-02817 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Troy Dominic Mabon V-70737
California State Prison-Solano
5-228L
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: June 5, 2012

                                              Richard W. Wieking, Clerk
                                              By: Jackie Lynn Garcia, Deputy Clerk